UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY DAVIS,<br><br>   Plaintiff,<br><br> v.<br><br>RAKUTEN USA, INC., et al.,<br><br>   Defendants. | Case No. 4:25-cv-02113-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

  Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to *Oganesyan v. Rakuten USA, Inc.*, 25-cv-01534-HSG.

  **IT IS SO ORDERED.**

Dated: March 26, 2025

                   _____
                   KANDIS A. WESTMORE
                   United States Magistrate Judge