**GREENBERG TRAURIG, LLP**
Rebekah S. Guyon (SBN 291037)
rebekah.guyon@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

**GREENBERG TRAURIG, LLP**
Francis A. Citera (SBN 6185263)
CiteraF@gtlaw.com
360 North Green Street, Suite 1300
Chicago, Illinois 60607
Telephone: (312) 456-8400
Facsimile: (312) 456-8435

**GREENBERG TRAURIG, LLP**
Austin Evans (SBN 107692)
Austin.Evans@gtlaw.com
Camille Papini-Chapla (SBN 282893)
papinichaplac@gtlaw.com
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 685-7422
Facsimile: (303) 572-6540

*Attorneys for Defendants Rakuten USA, Inc and Ebates Performance Marketing, Inc*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE RAKUTEN BROWSER EXTENSION LITIGATION<br><br>This Document Relates To: All Actions | LEAD CASE NO. 4:25-CV-01534-HSG<br><br>**ORDER GRANTING REQUEST TO APPEAR REMOTELY AT JULY 10 HEARING ON PLAINTIFFS' MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL AND EXECUTIVE COMMITTEE (as modified)** |

# ORDER

This Court, having considered Austin Evans's request to appear remotely at the July 10, 2025 hearing on Plaintiffs' Motion Appoint Interim Co-Lead Counsel and Executive Committee, and good cause having been found, hereby grants the Request. Mr. Evans may appear at the hearing remotely, via Zoom. The CRD will e-mail counsel the zoom information and instructions.

**IT IS SO ORDERED**

DATED:   7/7/2025

HON. HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE

1

**ORDER GRANTING REQUEST TO APPEAR REMOTELY AT MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL AND EXECUTIVE COMMITTEE**
ACTIVE 712678062v1