Joseph W. Cotchett (SBN 36324)
Thomas E. Loeser, (SBN 202724)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcom Road
Burlingame, CA 94010
T: (206) 802-1272
F: (206)-299-4184
jcotchett@cpmlegal.com
tloeser@cpmlegal.com
*Counsel for Plaintiff Just Josh, Inc*

Julian Hammond (SBN 268489)
**HAMMONDLAW, P.C.**
1201 Pacific Ave., 6th Floor
Tacoma, WA 98402
T: (310) 601-6766
E: jhammond@hammondlawpc.com
*Counsel for Plaintiff Oganesyan*

Adam Apton (SBN 316506)
**LEVI & KORSINSKY, LLP**
1160 Battery Street East, Suite 100
San Francisco, CA 94111
T: (415) 373-1671
E: aapton@zlk.com
*Counsel for Plaintiff Bauer*

Ashley M. Crooks (*pro hac vice*)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
T: (646) 357-1100
E: acrooks@hausfeld.com
*Counsel for Plaintiff Rhodes*

John R. Parker, Jr. (SBN 257761)
**ALMEIDA LAW GROUP LLC**
3550 Watt Avenue Suite 140
Sacramento, CA 95821
T: (916) 616-2936
E: jrparker@almeidalawgroup.com
*Counsel for Plaintiff Davis*

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE RAKUTEN BROWSER EXTENSION LITIGATION*<br><br>This Document Relates To: *All Actions* | Case No. 4:25-cv-01534-HSG<br><br>**STIPULATION TO RESET MOTION TO DISMISS HEARING; ORDER** |

Pursuant to Local Civil Rules 3-12 and 7-11, Plaintiffs and Defendants Rakuten USA, Inc. and Ebates Performance Marketing, Inc., d/b/a Rakuten Rewards ("Defendants") (together with Plaintiffs, the "Parties"), by and through their counsel of record, hereby stipulate and agree to reset the Motion to Dismiss Hearing from January 8, 2026 to January 15, 2026.

ACTIVE 710113405v1

WHEREAS, the Defendant filed a Motion to Dismiss Consolidated Complaint on October 17, 2025;

WHEREAS, the Plaintiffs filed an Opposition to the Motion to Dismiss on November 17, 2025;

WHEREAS, the Court set the hearing for January 8, 2026;

WHEREAS, Plaintiffs' counsel has a trial conflict on January 8, 2026.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, the Motion to Dismiss hearing will be reset from January 8, 2026, to January 15, 2026, due to a trial conflict.

**IT IS SO STIPULATED.**

Dated: December 11, 2025

/s/ Julian Hammond
Julian Hammond (SBN 268489)
**HAMMONDLAW, P.C.**
1201 Pacific Ave., 6th Floor
Tacoma, WA 98402
T: (310) 601-6766
E: jhammond@hammondlawpc.com
**Counsel for Plaintiff Oganesyan**

/s/ Thomas Loeser
Joseph W. Cotchett (SBN 36324)
Thomas E. Loeser, (SBN 202724)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcom Road
Burlingame, CA 94010
T: (206) 802-1272
F: (206)-299-4184
E: tloeser@cpmlegal.com
**Counsel for Plaintiff Just Josh, Inc.**

/s/ Ashley Crooks
Ashley M. Crooks (*pro hac vice*)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
T: (646) 357-1100
E: acrooks@hausfeld.com
**Counsel for Plaintiff Rhodes**

| | |
|---|---|
| 1 | /s/ John Parker |
| | John R. Parker, Jr. (SBN 257761) |
| 2 | **ALMEIDA LAW GROUP LLC** |
| | 3550 Watt Avenue Suite 140 |
| 3 | Sacramento, CA 95821 |
| | T: (916) 616-2936 |
| 4 | E: jrparker@almeidalawgroup.com |
| 5 | **Counsel for Plaintiff Davis** |

/s/ David Almeida
David S. Almeida (*pro hac vice* forthcoming)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, IL 60614
T: (708) 529-5418
E: david@almeidalawgroup.com
**Counsel for Plaintiff Davis**

/s/ Adam Apton
Adam Apton (SBN 316506)
**LEVI & KORSINSKY, LLP**
1160 Battery Street East, Suite 100
San Francisco, CA 94111
T: (415) 373-1671
E: aapton@zlk.com
**Counsel for Plaintiff Bauer**

/s/ Mark Reich
Mark S. Reich (*pro hac vice* forthcoming)
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 17th Floor
New York, NY 10004
T: (212) 363-7500
E: mreich@zlk.com
**Counsel for Plaintiff Bauer**

/s/ Rebekah Guyon
Rebekah S. Guyon (SBN 291037)
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, California 90067
T: (310) 586-7700
E: rebekah.guyon@gtlaw.com

/s/ Austin Evans
Austin A Evans (*Pro hac Vice*)
**GREENBERG TRAURIG, LLP**
1144 15th St Suite 3300
Denver, CO 80202

3
STIPULATION TO RESET MOTION TO DISMISS HEARING
ACTIVE 710113405v1

T: 303-685-7422
E: austin.evans@gtlaw.com
**Counsel for Defendants Rakuten USA, Inc. and Ebates Performance Marketing Inc**

### ATTESTATION OF FILER

I, Adam Apton, am the ECF user whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

*/s/ Adam Apton*
Adam Apton

**THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.**

DATED: 12/15/2025

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE