`

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*IN RE RAKUTEN BROWSER*
*EXTENSION LITIGATION*

This Document Relates To: *All Actions*

Case No. 4:25-cv-01534-HSG

**ORDER GRANTING STIPULATED**
**ADMINISTRATIVE MOTION FOR LEAVE**
**TO FILE SUR-REPLY**  (as modified)

 

**PURSUANT TO STIPULATION**, Plaintiffs' administrative motion for leave to

file a sur-reply is **GRANTED**. Counsel for plaintiffs is directed to e-file the proposed sur-

reply on the docket as a separate filing forthwith.

**IT IS SO ORDERED.**

Dated:  1/5/2026

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge